ISABELLA BYRNE, Respondent, *v.* CHARLES ARNIO, Appellant.

(Argued October 15, 1931; decided November 17, 1931.)

*Mark Nave* for appellant.
*Samuel A. Morrison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.